UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LAURA MILLER,
                          Plaintiff,

                 -against-

DEPARTMENT STORES NATIONAL BANK,
ET AL.,
                         Defendants.
------------------------------------------------------------X

22 Civ. 1321 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Defendant Equifax Information Services, LLC ("Equifax") was served on February 23, 2022;

WHEREAS, on March 16, 2022, Equifax entered an appearance and filed a letter requesting an extension of time to answer, move or otherwise respond to the Complaint (Dkt. Nos. 18, 19);

WHEREAS, the Order, dated March 17, 2022, extended Equifax's deadline to answer, move or otherwise respond to the Complaint to April 15, 2022 (Dkt. No. 20);

WHEREAS, Equifax has not timely responded to the Complaint. It is hereby

**ORDERED** that, by **April 22, 2022**, Equifax shall answer, move or otherwise respond to the Complaint. It is further

**ORDERED** that, if Equifax does not answer, move or otherwise respond to the Complaint by April 22, 2022, Plaintiff shall present an Order to Show Cause for default judgment as to Equifax and related papers as provided in the Court's Individual Rules by **May 3, 2022**.

Dated: April 21, 2022
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE